SCWC-12-0000869

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Petitioner/Plaintiff-Appellee,

vs.

MAKULOA KEALIIKEKAI COLLINS,
Respondent/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000869; CIV. NO. 11-1-0077)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee State of Hawaii's

application for writ of certiorari filed on November 30, 2015, is

hereby rejected.

DATED: Honolulu, Hawai'i, January 7, 2016.

Donn Fudo
for petitioner

Dwight C.H. Lum
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson